Viola A. LaMOTHE,
Plaintiff–Appellant,

v.

Joan BEBEE, Personal Representative of the Estate of Charles J. LaMothe, Defendant–Respondent.

No. 53668.

Missouri Court of Appeals,
Eastern District,
Division One.

March 29, 1988.

John L. Sullivan, Joyce E. York, St. Louis, for plaintiff-appellant.

John R. McFarland, James L. Fogle, Kenneth J. Mallin, St. Louis, for defendant-respondent.

ORDER

Wife appeals from the denial of her motion to surcharge the personal representative of her husband's estate. We affirm. No error of law appears, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).